Meyer L. Sire, Respondent, v. Edward F. Browning, Appellant.— Order

reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion.

Frederick A. Jones, Appellant, v. William H. Woodin and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.